UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 19-00507 |
| FIRST SECURITY BANK & TRUST CO.,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES M. THOMSON,<br><br>Defendant. | Adversary Case No. 20-09037<br><br><br>**MOTION TO SEAL** |

COMES NOW Plaintiff First Security Bank & Trust Co. and with respect to a Motion for Summary Judgment it intends to file, the Plaintiff wishes to file under seal certain exhibits and pursuant to applicable Local Rule respectfully prays this Court enter an Order authorizing the filing under seal of certain exhibits.

       /s/ Eric W. Lam
Eric W. Lam, AT0004416
Eric J. Langston, AT0014001
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
elangston@spmblaw.com
ATTORNEYS FOR PLAINTIFF

## **Certificate of Service**

      The undersigned certifies, under penalty of perjury, that on this 25th day of November, 2020, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                                  /s/ Kelly Carmichael

First Security – McQuillen/Pldgs/Adv 20-09037 First Sec v. Thomson - Drafts/Mtn to Seal.112520.1328.ewl