UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC,<br><br>Debtor.<br>_____<br><br>FIRST SECURITY BANK & TRUST CO.,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES M. THOMSON,<br><br>Defendant. | Chapter 7 Bankruptcy<br>Case No. 19-00507<br><br><br><br><br>Adversary Case No. 20-09037<br><br><br><br>**NOTICE OF OBJECTION BAR DATE RE: MOTION FOR SUMMARY JUDGMENT** |

     **NOTICE IS HEREBY GIVEN** that on November 25, 2020, First Security Bank & Trust Co. filed a Motion for Summary Judgment. A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, IA 52401-2101. A copy of this *Notice* has been served upon creditors and parties of interest as listed below.

     **NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before December 16, 2020. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be sent to the Bank's counsel and Trustee Charles L. Smith, 25 Main Place #200 Council Bluffs IA 51503 and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, IA 52401-2101.

     **NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

                                                    /s/ Eric W. Lam
                                       Eric W. Lam, AT0004416
                                       Eric J. Langston, AT0014001
                                       SIMMONS PERRINE MOYER BERGMAN PLC
                                       115 Third Street SE, Suite 1200
                                       Cedar Rapids, IA 52401
                                       Tel: 319-366-7641; Fax: 319-366-1917
                                       elam@simmonsperrine.com
                                       elangston@spmblaw.com
                                       ATTORNEYS FOR PLAINTIFF

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 25th day of November, 2020, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Kelly Carmichael

First Security – McQuillen/Pldgs/Adv 20-09037 First Sec v. Thomson - Drafts/NOBD re Mtn for Summary Judgment.112520.1359.ewl